# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRIAN JENNINGS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 14-12805-DJC |
| ) | |
| UMASS CORRECTIONAL HEALTH ) | |
| CARE, et al., ) | |
| ) | |
| Defendants. ) | |

## PROCEDURAL ORDER

**CASPER, J.**                                                                                           August 14, 2014

Plaintiff Brian Jennings originally filed a joint compliant that was part of a multi-plaintiff civil rights action. See Stote, et al. v. UMASS Correctional Health Care, et al., C.A. No. 13-10267-NMG (the "2013 action"). The 2013 action was initiated by MCI Norfolk inmate John E. Stote concerning alleged inadequate medical care at MCI Norfolk. On June 25, 2014, the judge assigned to the 2013 action severed the individual prisoner claims into separate cases. See No. 13-10267-NMG, 06/25/2014 Memorandum and Order (the "June Order), Docket #20.

Pursuant to the directives of the June Order, the Clerk opened a new case for Jennings. See Docket, 14-12805-DJC. The June Order was mailed to Jennings at MCI - Norfolk. Id. As to the filing fee, the June Order granted each plaintiff sixty (60) days either to pay the $400 filing and administrative fees or seek leave to proceed without prepayment of the fee. Also, the June Order stated that each plaintiff "who desires to file an amended complaint must do so within sixty (60) days of the date of this order."

Jennings has not responded to the June Order. A search of the on-line Victim Information & Notification Everyday(VineLink) homepage reveals that Mr. Jennings is no

longer at MCI Norfolk and is now at the Souza Baranowski Correctional Center.  See VineLink Offender Locator, http://www.vinelink.com  (last visited Aug. 3, 2014).  Although the mail sent to Mr. Jennings at MCI Norfolk was not returned to the Court as undeliverable, the Clerk will be directed to resent the documents to Mr. Jennings.  Mr. Jennings is advised that if he wishes to pursue his claim, his deadline for complying with the June Order is August 25, 2014.  If Jennings seeks additional time to respond, he shall file a timely motion for enlargement of time.

Accordingly, the clerk shall mail to plaintiff at the Souza Baranowski Correctional Center [Brian J. Jennings- W51481, P.O. Box 8000, Shirley, MA 01464] the following documents: (1) the June Order; (2) an Application to Proceed Without Prepayment of Fees; and (3) copies on Jennings' individual claim and the common portions of the complaint.

**SO ORDERED.**

/s/ Denise J. Casper
Denise J. Casper
United States District Judge